FILED
2009 Dec-02 PM 05:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

JVW/MSB: DEC. 2009
GJ #16

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

# NORTHWESTERN DIVISION

**UNITED STATES OF AMERICA** )
)
**v.** )
)
**MANUEL ENRIQUE ZELAYA-RODRIGUEZ** )
   **also known as "Mecanico"** )

## INDICTMENT

**COUNT ONE: (18 U.S.C. § 1591(a)(1) and (b)(2))**

The Grand Jury charges that:

From on or about the 25th day of August, 2009, until on or about the 8th day of September, 2009, more exact dates being unknown to the Grand Jury, in Lauderdale County, within the Northern District of Alabama, the defendant,

**MANUEL ENRIQUE ZELAYA-RODRIGUEZ,**
**also known as "Mecanico,"**

did knowingly recruit, entice, harbor, transport, provide, obtain and maintain by any means, in and affecting interstate and foreign commerce, a minor under the age of 18, namely "V.F.A.," whose true identity is known to the Grand Jury, knowing "V.F.A."

had not attained the age of 18 and knowing that "V.F.A." would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2).

**COUNT TWO: (18 U.S.C. § 2422(b))**

The Grand Jury further charges that:

From on or about the 25th day of August, 2009, until on or about the 8th day of September, 2009, more exact dates being unknown to the Grand Jury, in Lauderdale County, within the Northern District of Alabama, the defendant,

**MANUEL ENRIQUE ZELAYA-RODRIGUEZ,
also known as "Mecanico,"**

did use any facility of interstate and foreign commerce to knowingly persuade, induce, entice and coerce a minor under the age of 18, namely "V.F.A.," whose true identity is known to the Grand Jury, to engage in prostitution, in violation of Title 18, United States Code, Section 2422(b).

**COUNT THREE: (8 U.S.C. § 1324(a)(1)(A)(iii) and (B)(I))**

The Grand Jury further charges that:

From on or about the 25th day of August, 2009, until on or about the 8th day of September, 2009, more exact dates being unknown to the Grand Jury, in Lauderdale County, within the Northern District of Alabama, the defendant,

**MANUEL ENRIQUE ZELAYA-RODRIGUEZ,
also known as "Mecanico,"**

did knowingly and in reckless disregard of the fact that "V.F.A.," an alien, whose true identity is known to the Grand Jury, had come to, entered and remained in the United States in violation of law, did conceal, harbor, and shield from detection "V.F.A." in any place, including any building and means of transportation, for the purpose of private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (B)(I).

**COUNT FOUR: (18 U.S.C. § 2424(a))**

The Grand Jury further charges that:

From on or about the 25th day of August, 2009, until on or about the 8th day of September, 2009, more exact dates being unknown to the Grand Jury, in Lauderdale County, within the Northern District of Alabama, the defendant,

**MANUEL ENRIQUE ZELAYA-RODRIGUEZ,**
**also known as "Mecanico,"**

did keep, maintain, control, support and harbor in any house or place for the purpose of prostitution, "V.F.A.," whose true identity is known to the Grand Jury, knowing and in reckless disregard of the fact that "V.F.A." was an alien, and failed to file within five business days after commencement of business a written statement with the Commissioner of Immigration and Naturalization setting forth the name of "V.F.A.", the place at which "V.F.A." was kept, all the facts as to the date of the "V.F.A.'s" entry into the United States, the port through which "V.F.A." entered, "V.F.A.'s" age, nationality, and parentage, and all facts concerning "V.F.A.'s"

procuration to come to this country within the knowledge of the defendant, in violation of Title 18 United States Code, Section 2424(a).

A TRUE BILL

*/s/ Electronic Signature*

FOREMAN OF THE GRAND JURY

                                        JOYCE WHITE VANCE
                                        United States Attorney

                                        */s/ Electronic Signature*

                                        MARY STUART BURRELL
                                        Assistant United States Attorney